## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ORPHEUM PROPERTY, INC.** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 17-6480** |
| | * | |
| **COSCINA, ET AL.** | * | **SECTION L (2)** |
| | * | |

At the request of the parties,

**IT IS ORDERED** that the status conference scheduled for Thursday, July 12, 2018 is hereby **CONTINUED** to August 22, 2018 at 3:30 p.m.

New Orleans, Louisiana, this 11th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE