UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ORPHEUM PROPERTY, INC.,** | * | |
| | * | **CIVIL ACTION** |
| Plaintiff, | * | **NO. 2:17-cv-6480** |
| | * | |
| **VERSUS** | * | **SECTION "L"** |
| | * | **Judge Eldon E. Fallon** |
| **ALFRED F. COSCINA and** | * | |
| **AF COFFEE, INC.,** | * | **MAG. DIV. 2** |
| | * | **Magistrate Judge Joseph Wilkinson, Jr.** |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, jointly come plaintiff and counterclaim-defendant Orpheum Property, Inc., defendants and counterclaim-plaintiffs, Alfred F. Coscina and AF Coffee, Inc., and third-party defendant, Coscina Brothers Coffee Company, LLC, who notify this Honorable Court that they have amicably resolved all claims in the captioned matter and respectfully request that the attached Order of Dismissal be entered, dismissing the lawsuit and all claims therein with prejudice. All parties shall bear their own costs and attorney's fees.

Respectfully submitted,

_____  
**ANDREW L. KRAMER, T.A. (#23817)**  
201 St. Charles Avenue, Suite 2504  
New Orleans, Louisiana 70170  
Telephone: (504) 599-5623  
Facsimile: (866) 667-3890  
Email: akramer@kramerllc.com

**Counsel for Orpheum Property, Inc.**
**and Coscina Brothers Coffee Company, LLC**

/s/ *Michael R. C. Riess* _  
**Michael R. C. Riess (#2073)**  
**John W. Bihm (#33012)**  
201 St. Charles Avenue, Suite 3300  
New Orleans, Louisiana 70170  
Telephone: (504) 581-3300  
Facsimile: (504) 581-3310  
E-mail: mriess@RLlaw.com  
E-mail: jbihm@RLlaw.com  
*Attorneys for Alfred F. Coscina and*
*AF Coffee, Inc.*